United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Myron Francis Smith #072722

Case No. 15-mc-80093-JD

**ORDER OF SUSPENSION**

Because Myron Francis Smith has failed to respond to the Order to Show Cause, Myron Francis Smith's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated: May 26, 2015

_____

JAMES DONATO
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Myron Francis Smith #072722

Case No.  15-mc-80093-JD

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

     That on 5/26/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Myron Francis Smith
1284 W. Shaw Ave
#103
Fresno, CA 93711

Dated: 5/26/2015

Richard W. Wieking
Clerk, United States District Court

By: _____

Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato

2